Todd J. HOPFER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97880.

Missouri Court of Appeals, Eastern District, Division Five.

Nov. 13, 2012.

Edward Scott Thompson, Missouri Public Defender Office, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Robert Jefferson Bartholomew, Jr., Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and LISA K. PAGE, Sp. J.

### ORDER

PER CURIAM.

Todd Hopfer appeals the judgment denying his Rule 24.035 motion for postconviction relief without an evidentiary hearing. We find that the motion court did not clearly err in denying his request for postconviction relief without an evidentiary hearing. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).